Nancy A. Mitchell (NM-4135)
John W. Weiss (JW-4222)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200

Attorneys for Allied Capital Corporation

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11 Case No.
                                                           :
CREATIVE GROUP, INC., *et al.*,                            :   08-10975 (RDD)
                                                           :
                    Debtors.                               :   (Joint Administration Requested)
                                                           :
                                                           :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases as counsel for Allied Capital Corporation, a party-in-interest in these cases, and requests as provided in 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Attn: Nancy A. Mitchell, Esq.
John W. Weiss, Esq.
Tel: (212) 801-9200
Fax: (212) 801-6400
e-mail: mitchelln@gtlaw.com
weissjw@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, Internet, or otherwise filed or made with regard to the above-captioned cases, or that affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) waiver of Allied Capital Corporation's rights to (a) have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (b) trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, setoffs or recoupments to which Allied Capital Corporation is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Allied Capital Corporation expressly reserves.

Dated: New York, New York  GREENBERG TRAURIG LLP
       March 25, 2008

By: /s/ John W. Weissl
    Nancy A. Mitchell (NM-4135)
    John W. Weiss (JW-4222)
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 801-9200
    Fax: (212) 801-6400

    Attorneys for Allied Capital Corporation