**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Sharon L. Levine, Esq. (SL 2109)
S. Jason Teele, Esq. (SJT 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Creative Group, Inc., *et al.* [1] | Case No. 08-10975 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF (A) REVISED PROPOSED ORDER GRANTING DEBTORS'
MOTION FOR ORDERS UNDER 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P.
2002, 6004, 6006, AND 9014 (A) APPROVING (I) BIDDING PROCEDURES, (II)
CERTAIN BID PROTECTIONS, (III) FORM AND MANNER OF SALE NOTICES, AND
(IV) SALE HEARING DATE AND (B) AUTHORIZING AND APPROVING (I) SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, AND ENCUMBRANCES, (II) ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III)
ASSUMPTION OF CERTAIN LIABILITIES.APPROVING; AND (B) BIDDING
PROCEDURES**

---

[1]     The Debtors are: (1) Creative Group, Inc.; (2) Animagic LLC; (3) Fangoria Entertainment, Inc.; (4) Nate the Great LLC; (5) Moe Greene Entertainment LLC; (6) Starlog Entertainment, Inc.; (7) Starlog Group, Inc.; (8) Starlog Licensing of America, Inc.; and (9) Tangerine LLC.

**PLEASE TAKE NOTICE**, that on March 31, 2008, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") filed a motion (the "Motion") for orders under 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (a) approving (i) bidding procedures, (ii) certain bid protections, (iii) form and manner of sale notices, and (iv) sale hearing date and (b) authorizing and approving (i) sale of substantially all of the Debtors' assets free and clear of liens, claims, and encumbrances, (ii) assumption and assignment of certain executory contracts and unexpired leases, and (iii) assumption of certain liabilities.

**PLEASE TAKE FURTHER NOTICE**, that in connection with the Motion, the Debtors hereby are filing (i) a revised proposed order granting the Motion (Exhibit A); (ii) a comprehensive blackline showing all changes to the proposed order since March 31, 2008 (Exhibit B); (iii) revised proposed bidding procedures (Exhibit C); and (iv) a comprehensive blackline showing all changes to the proposed bidding procedures since April 20, 2008 (Exhibit D).[2]

**LOWENSTEIN SANDLER PC**

/s/ *S. Jason Teele*
Kenneth A. Rosen, Esq. (KR 4963)
Sharon L. Levine, Esq. (SL 2109)
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
*Counsel to the Debtors and Debtors in Possession*

Dated: April 22, 2008

---

[2]    On April 20, 2008, the Debtors filed a Notice of Filing of Revised and Executed Asset Purchase Agreement Between the Debtors and Creative Group Acquisition Co.; and (ii) Revised Bidding Procedures. *See* Docket No. 98.