**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Sharon L. Levine, Esq. (SL 2109)
S. Jason Teele, Esq. (SJT 7390)
Kimberly Goldberg, Esq. (KG 0117)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Creative Group, Inc., *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-10975 (RDD)<br><br>(Jointly Administered) |

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED CLAIMS

The Debtor, Creative Group, Inc., et al., hereby amends Schedule F - Creditors Holding Unsecured Non-Priority Claims by **adding** the following unsecured creditor:

---

[1] The Debtors are: (1) Creative Group, Inc. (TIN: 13-3718543); (2) Animagic LLC (TIN: 02-0763980); (3) Fangoria Entertainment, Inc. (TIN: 20-5706898); (4) Nate the Great LLC (TIN: 02-0763976); (5) Moe Greene Entertainment LLC (TIN: 56-2509045); (6) Starlog Entertainment, Inc. (TIN: 13-3788074); (7) Starlog Group, Inc. (TIN: 13-3178274); (8) Starlog Licensing of America, Inc. (TIN: 13-3348330); and (9) Tangerine LLC.

18182/2
05/09/08 1791733.01

| Name of Creditor | Consideration | Amount of Claim |
|---|---|---|
| Norman Bobrow & Company<br>c/o Charles Shamash<br>331 Madison Ave, 7th FL<br>New York, New York 10017 | | $61,745.99 |

I hereby declare under penalty of perjury that I have read the foregoing information and it is true and correct to the best of my knowledge, information and belief.

Dated: May 9, 2008

                                                   Joseph V. Avallone, President