**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
Sharon L. Levine, Esq. (SL 2109)
S. Jason Teele, Esq. (SJT 7390)
Kimberly Goldberg, Esq.  (KG 0117)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Creative Group, Inc., *et al.* [1] | Case No. 08-10975 (RDD) |
| Debtors. | (Jointly Administered) |

## AMENDMENT TO SCHEDULE H - CO-DEBTORS

The Debtor, Creative Group, Inc., et al., hereby amends Schedule H - Co-debtors by **adding** the following:

---

[1] The Debtors are:  (1) Creative Group, Inc. (TIN: 13-3718543); (2) Animagic LLC (TIN: 02-0763980); (3) Fangoria Entertainment, Inc. (TIN: 20-5706898); (4) Nate the Great LLC (TIN: 02-0763976); (5) Moe Greene Entertainment LLC (TIN: 56-2509045); (6) Starlog Entertainment, Inc. (TIN: 13-3788074); (7) Starlog Group, Inc. (TIN: 13-3178274); (8) Starlog Licensing of America, Inc. (TIN: 13-3348330);  and (9) Tangerine LLC.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Joseph V. Avallone<br>1601 Broadway<br>New York, NY 10019 | Panasia Estates, Inc.<br>33 West 19th Street<br>New York, NY 10011<br>(Personal Guaranty) |
| Joseph V. Avallone<br>21 Soundview Drive North<br>Lloyd Harbor, NY 11743-9799 | North Fork Bank<br>275 Broadhollow Road<br>PO Box 8914<br>Melville, NY 11747<br>(Personal Guaranty) |
| Joseph V. Avallone<br>21 Soundview Drive North<br>Lloyd Harbor, NY 11743-9799 | Times Square JV, LLC<br>PO Box 512417<br>Philadelphia, PA 19175-2417<br>(as successor to Broadway 48th-49th Street, LLC)<br>(Personal Guaranty) |

I hereby declare under penalty of perjury that I have read the foregoing information and it is true and correct to the best of my knowledge, information and belief.

Dated: May 20, 2008

                                              /s/ *Joseph V. Avallone*
                                              Joseph V. Avallone, President