

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

COMMISSIONER
SMALL BUSINESS/SELF-EMPLOYED DIVISION

July 28, 2008

**Judge Robert D. Drain**
U.S. Bankruptcy Court
One Bowling Green
New York, New York 10004



RE: **Fangoria Entertainment, Inc.**
**Chapter 11**
**Docket # 08-10977-RDD**

Dear Judge Drain:

We are hereby withdrawing our Pre-Petition Proof of Claim dated 05/16/2008 and filed on 05/19/2008 in the amount of $5,209.09.

If you have any questions, please contact Mrs. Karen Burke at 212-436-1318. Thank you for your cooperation.

Sincerely yours,

Marie Cerchero
Insolvency Manager

Cc: Kenneth A. Rosen

**B10 (Official Form 10) (12/07)**

COPY

| UNITED STATES BANKRUPTCY COURT SOUTHERN _____ DISTRICT OF NEW YORK _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>FANGORIA ENTERTAINMENT INC | Case Number:<br>08-10977-RDD |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Court Claim Number: ___<br>*(If known)* |
| Telephone number: 1-800-913-9358  Creditor Number: | Filed on: _____ |
| Name and address where payments should be sent (if different from above):<br>Internal Revenue Service<br>290 BROADWAY<br>NEW YORK, NY 10007 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone Number: (212) 436-1318 | ☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:  $ 5,209.09 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:  Taxes<br>*(See instruction #2 on reverse side.)* | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: ___ See Attachment ___<br>  3a. Debtor may have scheduled account as: _____<br>   *(See instruction #3a on reverse side.)* | |
| 4. Secured Claim *(See instruction #4 on reverse side.)*<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br>Value of Property:$_____ Annual Interest Rate ___%<br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____   Basis for perfection: _____<br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$ 5,209.09<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 05/16/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ KAREN BURKE,<br>Bankruptcy Specialist<br>(212) 436-1318<br><br>Internal Revenue Service<br>290 BROADWAY<br>NEW YORK, NY 10007 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

In the Matter of: FANGORIA ENTERTAINMENT INC
1601 BROADWAY
10 FL
NEW YORK, NY 10019



Form 10 Attachment

| Case Number |
| --- |
| 08-10977-RDD |
| Type of Bankruptcy Case |
| CHAPTER 11 |
| Date of Petition |
| 03/21/2008 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agancy. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX6898 | CORP-INC | 12/31/2006 | 1  Unassessed-No Return | $2,500.00 | $206.22 |
| XX-XXX6898 | CORP-INC | 12/31/2007 | 1  Unassessed-No Return | $2,500.00 | $2.87 |
| | | | | $5,000.00 | $209.09 |

**Total Amount of Unsecured Priority Claims:** $5,209.09

---

1 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW NO RETURN(S) FILED. WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED