# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1001<br>04/16/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | STARLOG ENTERTAINMENT, INC.<br><br>08-10981-RDD | PRIORITY | 2,000.00 |
| 1002<br>04/18/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | STARLOG ENTERTAINMENT, INC.<br><br>08-10981-RDD | PRIORITY | 2,000.00 |
| 1003<br>05/01/08 | FEDEX CUSTOMER INFORMATION SERVICE<br>REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD MODULE G 3RD FL<br>MEMPHIS TN 38116 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 3,116.87 |
| 1004<br>04/14/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 375.46<br>3,446.06 |
| 1005<br>05/13/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 375.46<br>3,446.06 |
| 1006<br>04/04/08 | DELL FINANCIAL SERVICES LLC<br>COLLECTIONS/CONSUMER BANKRUPTCY<br>12234 N I 35<br>AUSTIN TX 78753-1705 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 14,504.86 |
| 1007<br>04/23/08 | CONSOLIDATED EDISON CO OF NY INC<br>BANKRUPTCY GROUP<br>4 IRVING PL RM 1875 S<br>NEW YORK NY 10003 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 5,689.42 |
| 1008<br>05/12/08 | FRANCIS MANZELLA DESIGN LTD<br>961 RT 6<br>MAHOPAC NY 10541 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 16,292.51 |
| 1009<br>05/09/08 | BVDM LLC DBA BROADWAY VIDEO DIGITAL MEDIA<br>1619 BROADWAY 4TH FL<br>NEW YORK NY 10019 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 606.06 |
| 1010<br>05/12/08 | JOYCE EXPEDITING<br>PO BOX 218<br>NEW HYDE PARK NY 11040 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 1,265.82 |
| 1011<br>05/09/08 | CIT TECHNOLOGY FINANCING<br>10201 CENTURION PKWY N #100<br>JACKSONVILLE FL 32256 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 11,132.49 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---:|
| 1012 / 05/09/08 | MOBILE PARCEL CARRIERS, INC<br>443 W 54TH ST<br>NEW YORK NY 10019 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 1,067.75 |
| 1013 / 05/16/08 | CBS WHITCOM TECHNOLOGIES CORP<br>2990 ESPRESS DR S<br>ISLANDIA NY 11749 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 269.31 |
| 1014 / 05/16/08 | ONE COMMUNICATIONS<br>JANICE RONAN<br>313 BOSTON POST RD W<br>MARLBOROUGH MA 01752 | TANGERINE, LLC<br>08-10983-RDD | UNSECURED | 1,047.26 |
| 1015 / 05/16/08 | LONG ISLAND LIGHTING COMPANY<br>DBA LIPA<br>ELISA M PUGLIESE ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE NY 11801 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 879.75 |
| 1016 / 05/16/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | MOE GREENE ENTERTAINMENT, LLC<br>08-10978-RDD | PRIORITY | 750.00 |
| 1017 / 05/01/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | MOE GREENE ENTERTAINMENT, LLC<br>08-10978-RDD | PRIORITY | 750.00 |
| 1018 / 05/23/08 | KATY ISD C/O LINEBARGER GOGGAN<br>BLAIR & SAMPSON<br>JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 249.79 |
| 1019 / 05/23/08 | CITY OF SUGAR LAND<br>PO BOX 5029<br>SUGAR LAND TX 77487-5029 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 323.16 |
| 1020 / 05/23/08 | FORT BEND COUNTY<br>500 LIBERTY ST<br>RICHMOND TX 77469 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 3,034.36 |
| 1021 / 05/27/08 | CANON USA, INC<br>RUTH WEINSTEIN, SENIOR PARALEGAL<br>ONE CANON PLZ<br>NEW HYDE PARK NY 11042 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 9,300.00 |
| 1022 / 05/30/08 | AMERICAN EXPRESS TRAVEL<br>RELATED SVCS CO INC CORP CARD<br>BECKET & LEE LLP, ATTORNEYS FOR CREDITOR<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 25,899.21 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim #<br>Date Filed | Name and Address | Debtor Name<br>Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1023<br>05/30/08 | AMERICAN EXPRESS TRAVEL<br>RELATED SVCS CO INC CORP CARD<br>BECKET & LEE LLP, ATTORNEYS FOR CREDITOR<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 13,000.00 |
| 1024<br>05/30/08 | AMERICAN EXPRESS TRAVEL<br>RELATED SVCS CO INC CORP CARD<br>BECKET & LEE LLP, ATTORNEYS FOR CREDITOR<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 41,166.54 |
| 1025<br>05/19/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | PRIORITY | 5,209.09 |
| 1026<br>05/30/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 14,131.93<br>4,134.27 |
| 1027<br>05/19/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 17,577.99<br>688.21 |
| 1028<br>05/16/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 17,577.99<br>688.21 |
| 1029<br>05/30/08 | INTERNATIONAL DUPLICATION CENTRE, INC.<br>216 E 45TH ST<br>7TH FL<br>NEW YORK NY 10017 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 2,565.00 |
| 1030<br>06/03/08 | HOME STYLE CLEANING SERVICES<br>MARCIA & DAVID DZIEDZIC<br>7 AMES AVE<br>TERRYVILLE CT 06786 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 1,102.40 |
| 1031<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | SECURED | 17,440,161.73 |
| 1032<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | ANIMAGIC, LLC<br><br>08-10976-RDD | SECURED | 17,440,161.73 |
| 1033<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | SECURED | 17,440,161.73 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1034<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | MOE GREENE ENTERTAINMENT, LLC<br><br>08-10978-RDD | SECURED | 17,440,161.73 |
| 1035<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | NATE THE GREAT, LLC<br><br>08-10979-RDD | SECURED | 17,440,161.73 |
| 1036<br>05/29/08 | ALLIED CAPITAL CORPORATION<br>PAUL R. TANEN<br>1919 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20006-3434 | TANGERINE, LLC<br><br>08-10983-RDD | SECURED | 17,440,161.73 |
| 1037<br>06/06/08 | SCOTT LICINA<br>202 CARLISLE COURT<br>OSWEGO IL 60543 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 20,886.61 |
| 1038<br>06/05/08 | MOVIOLA<br>DANA NEWMAN, GEN. COUNSEL<br>1135 N MANSFIELD AVE<br>LOS ANGELES CA 90038 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 7,390.30 |
| 1039<br>06/06/08 | DIRECT ENERGY SERVICES, LLC<br>C&I CREDIT DEPT<br>12 GREENWAY PLZ<br>STE 600<br>HOUSTON TX 77046 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 73,143.85 |
| 1040<br>06/11/08 | NON-STOP MUSIC<br>MIKE DOWDLE<br>915 W 100 S<br>SALT LAKE CITY UT 84104 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 225.00 |
| 1041<br>06/11/08 | RR DONNELLEY & SONS COMPANY<br>DAN PEVONKA<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 133,373.54 |
| 1042<br>06/11/08 | BANTA PUBLICATIONS GROUP<br>RR DONNELLEY & SONS COMPANY<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 27,410.64 |
| 1043<br>06/11/08 | MOORE WALLACE NORTH AMERICA INC.<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 2,869.68 |
| 1044<br>06/12/08 | STEPHEN MOONEY<br>762 SARTO PARK<br>BAYSIDE 00013 IRELAND | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 2,500.00 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1045 / 05/27/08 | FORT BEND COUNTY<br>500 LIBERTY ST<br>RICHMOND TX 77469 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 3,034.36 |
| 1046 / 05/27/08 | KATY ISD C/O LINEBARGER GOGGAN<br>BLAIR & SAMPSON<br>JOHN P DILLMAN, ESQ<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 249.79 |
| 1047 / 05/27/08 | CITY OF SUGAR LAND<br>PO BOX 5029<br>SUGAR LAND TX 77487-5029 | ANIMAGIC, LLC<br>08-10976-RDD | SECURED | 323.16 |
| 1048 / 06/11/08 | CHASE TRANSPORT, INC.<br>41 BERGERLINE AVE<br>WESTWOOD NJ 07675 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 7,047.50 |
| 1049 / 06/13/08 | NYC DEPT OF FINANCE<br>BANKRUPTCY UNIT<br>345 ADAMS ST 10TH FL<br>BROOKLYN NY 11201 | ANIMAGIC, LLC<br>08-10976-RDD | PRIORITY | 143,000.00 |
| 1050 / 06/06/08 | NYC DEPT OF FINANCE<br>BANKRUPTCY UNIT<br>345 ADAMS ST 10TH FL<br>BROOKLYN NY 11201 | STARLOG LICENSING OF AMERICA, INC.<br>08-10982-RDD | PRIORITY | 154,000.00 |
| 1051 / 06/06/08 | NYC DEPT OF FINANCE<br>BANKRUPTCY UNIT<br>345 ADAMS ST 10TH FL<br>BROOKLYN NY 11201 | STARLOG GROUP, INC.<br>08-10980-RDD | PRIORITY | 115,500.00 |
| 1052 / 06/12/08 | NATIONAL CITY COMMERCIAL<br>CAPITAL COMPANY, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI OH 45203 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 356,468.06 |
| 1053 / 06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | CREATIVE GROUP, INC.<br>08-10975-RDD | UNSECURED | 17,440,161.73 |
| 1054 / 06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | STARLOG LICENSING OF AMERICA, INC.<br>08-10982-RDD | UNSECURED | 17,440,161.73 |
| 1055 / 06/09/08 | AMERICAN INTERNATIONAL GROUP -<br>AIG BANKRUPTCY COLLECTIONS<br>DAVID A LEVIN - AIG BANKRUPTCY COLLECTIONS<br>70 PINE ST<br>28TH FL<br>NEW YORK NY 10270 | CREATIVE GROUP, INC.<br>08-10975-RDD | SECURED<br>UNSECURED | Undetermined<br>Undetermined |

| Claim #<br>Date Filed | Name and Address | Debtor Name<br>Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1056<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 385,000.00 |
| 1057<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 165,000.00 |
| 1058<br>05/29/08 | CONSOLIDATED EDISON CO OF NY INC<br>BANKRUPTCY GROUP<br>4 IRVING PL RM 1875 S<br>NEW YORK NY 10003 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 5,689.42 |
| 1059<br>06/13/08 | TIMES SQUARE JV LLC C/O LECLAIR RYAN<br>TODD M. GALANTE, ESQ<br>TWO PENN PLZ E<br>10TH FL<br>NEWARK NJ 07105 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 2.33 |
| 1060<br>06/13/08 | TIMES SQUARE JV LLC C/O LECLAIR RYAN<br>TODD M. GALANTE, ESQ<br>TWO PENN PLZ E<br>10TH FL<br>NEWARK NJ 07105 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED | 9,470.87 |
| 1061<br>06/13/08 | TIMES SQUARE JV LLC C/O LECLAIR RYAN<br>TODD M. GALANTE, ESQ<br>TWO PENN PLZ E<br>10TH FL<br>NEWARK NJ 07105 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | SECURED<br>UNSECURED | 83,700.00<br>92,819.91 |
| 1062<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 17,440,161.73 |
| 1063<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | NATE THE GREAT, LLC<br><br>08-10979-RDD | PRIORITY | 154,000.00 |
| 1064<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | MOE GREENE ENTERTAINMENT, LLC<br><br>08-10978-RDD | PRIORITY | 148,500.00 |
| 1065<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | ANIMAGIC, LLC<br><br>08-10976-RDD | UNSECURED | 17,440,161.73 |
| 1066<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | MOE GREENE ENTERTAINMENT, LLC<br><br>08-10978-RDD | UNSECURED | 17,440,161.73 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---:|
| 1067<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | PRIORITY | 209,000.00 |
| 1068<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | UNSECURED | 17,440,161.73 |
| 1069<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | STARLOG ENTERTAINMENT, INC.<br><br>08-10981-RDD | PRIORITY | 137,500.00 |
| 1070<br>04/18/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK NY 10007 | STARLOG GROUP, INC.<br><br>08-10980-RDD | PRIORITY | 164,428.75 |
| 1071<br>04/07/08 | NISSAN-INFINITI LT<br>PO BOX 660366<br>DALLAS TX 75266-0366 | STARLOG GROUP, INC.<br><br>08-10980-RDD | SECURED | 8,946.00 |
| 1072<br>04/02/08 | UNITED HEALTHCARE INSURANCE COMPANY<br>RACHEL A. SMITH, CREDIT & DELINQUENCY MANAGEMENT 6NB-B<br>450 COLUMBUS RD<br>PO BOX 150450<br>HARTFORD CT 06115-0450 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 77,687.71 |
| 1073<br>04/18/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK NY 10007 | STARLOG GROUP, INC.<br><br>08-10980-RDD | PRIORITY | 164,428.75 |
| 1074<br>04/16/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK NY 10007 | STARLOG LICENSING OF AMERICA, INC.<br><br>08-10982-RDD | PRIORITY | 2,000.00 |
| 1075<br>06/06/08 | NYC DEPT OF FINANCE AUDIT DIVISION<br>BANKRUPTCY UNIT<br>345 ADAMS ST 5TH FL<br>BROOKLYN NY 11201 | TANGERINE, LLC<br><br>08-10983-RDD | PRIORITY | 143,000.00 |
| 1076<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | NATE THE GREAT, LLC<br><br>08-10979-RDD | UNSECURED | 17,440,161.73 |
| 1077<br>06/12/08 | ALLIED CAPITAL<br>MICHAEL M. MASSEY<br>1919 PENNSYLVANIA AVENUE N.W.<br>WASHINGTON DC 20006-3434 | STARLOG ENTERTAINMENT, INC.<br><br>08-10981-RDD | UNSECURED | 17,440,161.73 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim # / Date Filed | Name and Address | Debtor Name / Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| 1078<br>08/11/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | UNSECURED<br>PRIORITY | 250.00<br>1,091.98 |
| 1079<br>08/08/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 851.80<br>3,478.81 |
| 1080<br>07/30/08 | INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>PRIORITY | 375.46<br>3,446.06 |
| 1081<br>08/18/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | STARLOG ENTERTAINMENT, INC.<br><br>08-10981-RDD | UNSECURED<br>PRIORITY | 250.00<br>1,150.91 |
| 1082<br>08/18/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED<br>PRIORITY | 250.00<br>1,131.84 |
| 1083<br>08/21/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 21,793.12 |
| 1084<br>07/30/08 | DEPARTMENT OF THE TREASURY -<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY<br>5TH FL<br>NEW YORK NY 10007 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 21,793.12 |
| 1085<br>09/12/08 | PANASIA ESTATES INC. C/O<br>ROBINSON NROG LEINWAND GREENE<br>GENOVESE & GLUCK P.C.<br>ROBERT M. SASLOFF, ESQ.<br>1345 AVE OF THE AMERICAS<br>31ST FL<br>NEW YORK NY 10105 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | UNSECURED<br>ADMINISTRATIVE | 743,421.35<br>118,927.50 |
| 1086<br>10/03/08 | SZABO ASSOCIATES, INC<br>3355 LENOX RD<br>9TH FL<br>ATLANTA GA 30326 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 179.68 |
| 1087<br>10/13/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | FANGORIA ENTERTAINMENT, INC.<br><br>08-10977-RDD | UNSECURED<br>PRIORITY | 250.00<br>2,091.98 |
| 1088<br>11/11/08 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | ADMINISTRATIVE | 828.89 |

# CLAIMS REGISTER - CREATIVE GROUP, INC.

| Claim #<br>Date Filed | Name and Address | Debtor Name<br>Case No. | Classification | Scheduled/Filed Amount |
|---|---|---|---|---|
| **1089**<br>09/15/08 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | CREATIVE GROUP, INC.<br><br>08-10975-RDD | PRIORITY | 80,882.55 |
| **1090**<br>06/30/08 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | STARLOG GROUP, INC.<br><br>08-10980-RDD | UNSECURED | 31.39 |

Claim Count: 90

Report Date: 02/03/2009

Scheduled/Filed Amount

| | |
|---|---|
| Total Priority | 2,324,119.88 |
| Total Secured | 104,740,831.00 |
| Total Unsecured | 141,204,292.91 |
| Total Equity | 0.00 |
| Total Reclamation | 0.00 |
| Total Administrative | 119,756.39 |
| **Grand Total** | **248,389,000.18** |