# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO. 08-10975-RDD |
| | § | CHAPTER 11 |
| FDBA MANTRA  FDBA TANGERINE FDBA UTOPIA SO | § | |
| | § | JUDGE ROBERT D. DRAIN |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Capital One, National Association**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

F# 6791-N-2119
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Capital One, National Association

**CERTIFICATE OF SERVICE**

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before March 16, 2009:

**Debtors' Attorney**
Kenneth A. Rosen
Lowenstein Sandler, P.c.
65 Livingston Avenue
Rosaland, NJ 07068

**Chapter 11 Trustee**


**U.S. Trustee**
Carolyn S. Schwartz
33 Whitehall Street, 21st Floor
New York, New York 10004

 

/s/ Hilary B. Bonial

Hilary B. Bonial

6791-N-2119
noaelect