UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re

CREATIVE GROUP, INC, *et al.*[1],

          Debtors.

---------------------------------------------------------- x

Chapter 11

Case No 08-10975 (RDD)

(Jointly Administered)

## STIPULATION

The Official Committee of Unsecured Creditors (the "Committee") of Creative Group, Inc., *et al.* (the "Debtors"), and American Home Assurance Company, American International Surplus Lines Insurance Company, New Hampshire Insurance Company, and certain other entities related to AIG, Inc. ("AIG"), hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, on March 21, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"); and

**WHEREAS,** on or about June 9, 2008, AIG filed that certain proof of claim numbered 1055 (the "AIG Claim") in an unliquidated amount based upon a contingent claim that would be triggered only in the event that a claim is filed under a certain directors and officers insurance policy no. 7134422 under which American International Surplus Lines Insurance Company is the insurer (the "Policy"); and

**WHEREAS**, the Policy can not be cancelled; and

---

[1] The Debtors are: (1) Creative Group; Inc (TIN: 13-3718543); (2) Animagic LLC (TIN: 02-0763980); (3) Fangoria Entertainment; Inc (TIN: 20-5706898); (4) Nate the Great LLC (TIN: 02-0763976); (5) Moe Greene Entertainment LLC (TIN: 56-2509045); (6) Starlog Entertainment, Inc. (TIN: 13-3788074); (7) Starlog Group, Inc. (TIN: 13-3178274); (8) Starlog Licensing of America, Inc. (TIN: 13-3348330); and (9) Tangerine LLC

**WHEREAS,** the Committee is in the process of reviewing claims filed in these bankruptcy proceedings in order to wind down the estates; and

**WHEREAS,** the wind down of the estates can not be completed until the AIG Claim is liquidated or expunged; and

**WHEREAS,** the parties hereto are in agreement that no claim has been asserted under the Policy; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The Committee waives any right to file a claim under the Policy.

2. The AIG Claim is hereby withdrawn and AIG will not file any other or subsequent claim.

| | |
|---|---|
| Dated: New York, New York<br>June 25, 2009 | Counsel for the Official Committee of Unsecured Creditors for Creative Group, Inc., *et al.* |
| | By: _/s/ Schuyler G. Carroll_<br>Schuyler G. Carroll<br>Adrienne W. Blankley<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York 10019<br>Tel: (212) 484-3900<br>Fax: (212) 484-3990 |
| Dated: New York, New York<br>June 17, 2009 | AIG |
| | By: _/s/ Michelle A. Levitt_<br>Michelle A. Levitt<br>Attorney for Claimant<br>175 Water Street, 18th Floor<br>New York, NY 10038<br>Tel: (212) 458-6777<br>Fax: (212) 458-2697 |

2

**SO ORDERED:**

Dated: New York, NY
July 13, 2009

                                                       /s/Robert D. Drain
                                                       UNITED STATES BANKRUPTCY JUDGE