Frederick B. Rosner (FBR-0711)
The Rosner Law Group LLC
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: 302.295.4877

*Proposed Counsel to Plaintiff*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                    :        Chapter 11
:
CREATIVE GROUP, INC., *et al.*,           :        Case No. 08-10975 (RDD)
:
Debtors.                      :        Jointly Administered
:
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 7, 2010 AT 10:00 A.M.**

**I. UNCONTESTED MATTERS:**

1. Application of Signature Bank Pursuant to Bankruptcy Code Sections 327(e) and 328(a), Bankruptcy Rules 2014(a) and 2016(b), and Bankruptcy Local Rules 2014-1 and 2016-1, for an Order Authorizing Signature Bank to Employ and to Retain Messana Rosner & Stern LLP as Special Litigation Counsel Nunc Pro Tunc. [Dkt. No. 410; filed April 28, 2010].

   Objection Deadline: June 30, 2010 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A. Order signed on 3/19/2010 (A) Shortening time for notice and hearing and (B) granting authority and standing to signature bank to prosecute causes of action on behalf of debtors' estates [Dkt. No. 335; filed March 18, 2010].

B. Proposed Form of Order [Dkt. No. 410; filed April 28, 2010].

C. Notice of Hearing [Dkt. No. 413; filed June 14, 2010].

Status: This matter is going forward.

2. Plaintiff's Motion for an Order Extending the 120-Day Time Limit for Service of the Summonses and Complaints and Establishing Procedures Governing Adversary Proceedings Brought By Plaintiff Pursuant to Sections 547, 548 and 550 of the Bankruptcy Code [Dkt. No. 412; filed June 11, 2010].

Objection Deadline: June 30, 2010 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Order signed on 3/19/2010 (A) Shortening time for notice and hearing and (B) granting authority and standing to signature bank to prosecute causes of action on behalf of debtors' estates [Dkt. No. 335; filed March 18, 2010].

B. Proposed Form of Order [Dkt. No. 412; filed June 11, 2010].

C. Notice of Hearing [Dkt. No. 413; filed June 14, 2010].

Status: This matter is going forward.

Dated: July 2, 2010
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

/s/ Scott J. Leonhardt
Frederick B. Rosner (FBR-0711)
Scott J. Leonhardt
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-5093
sleonhardt@mrs-law.com

*Proposed Counsel to Plaintiff*