Frederick B. Rosner (FBR-0711)
Scott J. Leonhardt
THE ROSNER LAW GROUP LLC
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302.295.5093

*Proposed Counsel to Signature Bank*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
CREATIVE GROUP, INC., et al.,                               :   Case No. 08-10975 (RDD)
                                                            :
                        Debtors.                            :   Jointly Administered
                                                            :
                                                            :
------------------------------------------------------------x
```

**NOTICE OF FIRM NAME CHANGE**

**PLEASE TAKE NOTICE** that effective immediately, the firm name has changed from

Messana Rosner & Stern, LLP to The Rosner Law Group LLC ("RLG"). RLG remains

proposed counsel to Signature Bank, having leave, standing and authority, pursuant to that

certain Order dated March 19, 2010 [Dkt. No. 335], to prosecute and settle various adversary

proceedings on behalf of Creative Group, Inc. and its affiliated debtors and debtors in possession

in the above-referenced case.

Please use the following contact information for RLG moving forward:

> **The Rosner Law Group LLC**
> **Frederick B. Rosner**
> **Scott J. Leonhardt**
> **1000 N. West Street, Suite 1200**
> **Wilmington, DE 19801**
> **Email: info@teamrosner.com**

{00004071. }

Dated: July 6, 2010
      Wilmington, Delaware

                **The Rosner Law Group LLC**

                /s/ Frederick B. Rosner
                Frederick B. Rosner (No. FBR-0711)
                Scott J. Leonhardt
                1000 N. West Street, Suite 1200
                Wilmington, Delaware 19801
                Tel:    (302) 295-4877
                rosner@teamrosner.com