George P. Angelich
David J. Kozlowski
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CREATIVE GROUP, INC., *et al.*, | Case No. 08-10975 (RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) s.s.:
COUNTY OF NEW YORK  )

LISA INDELICATO, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, State of New York.

2. On April 8, 2011, I served the *Amended Motion of the Official Committee of Unsecured Creditors for Entry of an Order Approving the First Amended Disclosure Statement, Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the First Amended Plan of Liquidation, Scheduling a Confirmation Hearing, and Approving Related Notice Procedures (and Exhibits A-E thereto)* upon the parties on the annexed Service List, by placing a true copy thereof, enclosed in a first class, postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

Sworn to before me this                          */s/ Lisa Indelicato*
8th day of April 2011.                           Lisa Indelicato

*/s/ Susan E. Mackey*
Notary Public
Authorized in New York State
Commission Expires 8/7/2014
Registration #01MA6150724

NYC/577604.1

# SERVICE LIST

Debtor

Creative Group, Inc.
1601 Broadway, 10th Floor
New York, NY 10019

US Trustee

Greg M. Zipes, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel to Debtor

Kenneth A. Rosen, Esq.
Samuel Jason Teele, Esq.
Sharon L. Levine, Esq.
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

The Rosner Law Group LLC
Frederick B. Rosner
Scott J. Leonhardt
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Notices of Appearance

Nancy A. Mitchell, Esq.
John W. Weiss, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
*Attorneys for Allied Capital Corporation*

Todd M. Galante, Esq.
Jeffrey Marley Zalkin, Esq.
LeClair Ryan, a Virginia Professional Corporation
One Riverfront Plaza, 1037 Raymond Blvd., 16th Fl.
 Newark, New Jersey 07102
*Attorneys for Times Square JV LLC*

Christopher O'Brien, Esq.
Department of Taxation and Finance
Office of Counsel
Bldg 9, Room 100
W.A. Harriman Campus
Albany, New York 12227

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
*Counsel to Iron Mountain Information Management, Inc.*

Capital One, National Association
P. O. Box 829009
Dallas, Texas 75382-9009

Lawrence J. Kotler
Duane Morris LLP
1540 Broadway, Suite 1400
New York, NY 10036-4086
*Counsel for Signature Bank*


Governmental Agencies

NYS Dept.Taxation & Finance Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

NYC Dept. of Finance
345 Adams Street, 3rd Fl.
Attn: Legal Affairs - Devora Cohn
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

United States Attorney
One St. Andrew's Plaza

Claims Unit - Room 417
New York, NY 10007

Security Exchange Commission Northeast Regional
The Woolworth Building
233 Broadway-John Murray
New York, NY 10279

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201